# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3824

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the District |
| v. | * | of Nebraska. |
| | * | |
| Kenneth C. Campbell, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: April 6, 2001

Filed: April 10, 2001

_____

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG, Circuit Judges.

_____

PER CURIAM.

Kenneth C. Campbell appeals the sentence imposed by the district court after Campbell pleaded guilty to conspiring to distribute cocaine base. On appeal, Campbell challenges the district court's denial of Campbell's downward-departure motion, and contends the use of his prior convictions to establish his criminal history category and resulting imprisonment range violates Apprendi v. New Jersey, 120 S. Ct. 2348 (2000). We disagree. The district court's denial of Campbell's downward-departure motion is unreviewable because the court was aware of its authority to depart and declined to do

so, and Campbell's <u>Apprendi</u> argument is without merit because there is no requirement that past convictions be included in the indictment, submitted to the jury, and proven beyond reasonable doubt.  <u>See</u> <u>Apprendi</u>, 120 S. Ct. at 2362-63.

Accordingly, we affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.